608

445 A.2d 236

Commonwealth ex rel. Caldwell v. Delmar, Appellant.

Argued January 18, 1982. Owen Nash, for appellant; Robert J. Levis, for appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

The order of June 22, 1981 is modified, only to the extent of reducing the outstanding arrearages from $1850.00 to $1610.00, and as so modified, is affirmed.

445 A.2d 236

Dodge, Appellant v. Mariner et al.

Argued March 17, 1981. Stephen P. McCloskey, for appellant; Stephen D. Marriner, Jr., for appellees.

Before PRICE, JOHNSON and MONTEMURO, JJ.

Order affirmed.